IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

$58,360.00 IN U.S. CURRENCY,

    *Defendant-in-rem,*

and

GABRIEL GUEVARA,

    *Claimant.*

Civ. No. 1:22-cv-00500-KRS-JMR

## FINAL JUDGMENT AND ORDER OF FORFEITURE

This matter is before the Court on the Settlement Agreement and Release between the United States and Claimant Gabriel Guevara. The Court has reviewed the agreement and is fully advised in the premises.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The United States will return $20,360.00 of Defendant $58,360.00 in U.S. Currency to Claimant Gabriel Guevara, less any debt owed to the United States, any agency of the United States, or any other debt which the United States is authorized to collect from Claimant Gabriel Guevara.

2. All right, title, and interest in the remaining $38,000.00 in U.S. Currency is forfeited to the United States and title thereto is vested in the United States.

3. The parties will bear their own costs and attorney's fees in this case.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

*Submitted electronically May 4, 2023*
STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274


APPROVED BY:


*Approved via email April 28, 2023*
ERLINDA O. JOHNSON
Attorney for Claimant
Law Office of Erlinda O. Johnson
620 Roma Ave. N.W.
Albuquerque, N.M. 87102
505-702-4048